NAUTILUS INSURANCE COMPANY,
Appellee,

v.

NORTH ARKANSAS WOOD, INC.;
Jo Ann Petray, Appellants,

Deltic Timber Corporation, Defendant.

No. 11–1151.

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 15, 2011.

Filed: Sept. 20, 2011.

---

1. The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas.

Beverly Ann Rowlett, Munson & Rowlett, Little Rock, AR, for Appellee.

Robert R. Cortinez, II, Law Offices of Robert R. Cortinez II, Little Rock, AR, for Appellants.

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

PER CURIAM.

In this diversity-based declaratory judgment action, North Arkansas Wood, Inc., and Jo Ann Petray appeal from the district court's[1] adverse grant of summary judgment, in which the court concluded that Nautilus Insurance Company had no duty to defend them with respect to third-party claims asserted in Arkansas state-court litigation. Upon de novo review of the summary judgment decision and the district court's interpretation of Arkansas law, *see Pioneer Indus., Inc. v. Hartford Fire Ins. Co.*, 639 F.3d 461, 465 (8th Cir.2011) (standards of review), we affirm for the reasons discussed in the district court's order. *See* 8th Cir. R. 47B.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.